IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0060 MMC |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE STIPULATION TO MODIFY ORDER** |
| v. | |
| FRED ANDERSON JR., et al., | |
| Defendants. / | |

Before the Court is the parties' Stipulation, filed March 19, 2012, by which the parties seek a modification of an order issued by the Honorable Richard Seeborg on February 23, 2012 in two other actions, specifically, CR 11-91003 MISC RS and CR 12-90007 MISC RS.

Because the parties seek a modification of an order issued by another district judge, the Stipulation is hereby DENIED, without prejudice to the parties' submitting the matter to Judge Seeborg for his consideration.

**IT IS SO ORDERED.**

Dated: March 22, 2012

MAXINE M. CHESNEY
United States District Judge