IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FREDERICK ANDERSON, JR.<br><br>    Defendant. | No. CR-12-0060 MMC<br><br>**ORDER DENYING DEFENDANT FREDERICK ANDERSON, JR.'S MOTION FOR REDUCTION OF SENTENCE** |

Before the Court is defendant Frederick Anderson, Jr.'s letter, filed November 4, 2014, requesting the Court consider whether he is entitled to a reduction of his sentence, which letter the Court construes as a motion for relief pursuant to 18 U.S.C. 3582(c)(2) and Amendment 782 to § 1B1.10 of the United States Sentencing Guidelines. In response thereto, the Office of the Public Defender, on January 20, 2015, filed a "Notice of Non-Intervention; Status Report," pursuant to Miscellaneous Order 2014.10.14, in which it states it has nothing further to add to defendant's request and is not seeking to intervene in the matter. Thereafter, on January 21, 2015, the United States Probation Office filed a "Sentence Reduction Investigation Report," recommending no reduction in defendant's sentence, for the reason that, in light of Amendment 782, the amended guideline range applicable to defendant is 108 to 135 months, and defendant's sentence of 72 months is already less the minimum of said amended range. The Probation Office's report also

states that the government is in agreement with the Probation Office's recommendation.

Having read and considered the motion and the responses thereto, the Court finds, for the reasons stated by the Probation Office, said defendant is not entitled to a reduction of his sentence. See U.S.S.G. § 1B1.10(b)(2)(A) (providing sentence may not be reduced "to a term that is less than the minimum of the amended guideline range").

Accordingly, defendant's motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: January 23, 2015

_____
MAXINE M. CHESNEY
United States District Judge